
RECEIVED
IN LAKE CHARLES, LA
JUN - 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PETER PHILLIPS** | : | **DOCKET NO. 2:06-cv-461** |
| VS. | : | JUDGE TRIMBLE |
| **IMMIGRATION & CUSTOM ENFORCEMENT** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be **DENIED AND DISMISSED** as premature.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 1st day of June, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE